UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**
**MDD_SAGchambers@mdd.uscourts.gov**

December 12, 2024

LETTER ORDER

Re: Kapelsohn *et al.* v. Baltimore City Police Department
Civil Case No. SAG-24-3504

Dear Counsel:

For the reasons stated on the record at the hearing on December 11, 2024, Plaintiffs' emergency motion for a preliminary injunction, ECF 1, is DENIED, Defendant's motion to dismiss, ECF 10, is DENIED as moot, and the Complaint, ECF 1, is DISMISSED because this Court lacks subject matter jurisdiction under the *Rooker-Feldman* doctrine.

The clerk is directed to CLOSE this case.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge